

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,593-01

### EX PARTE CHARLES WAYNE WARDEN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 07-CR-2122-B IN THE 138TH DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of murder and one count of aggravated assault, and sentenced to sixty-five and fifteen years' imprisonment, respectively. The Thirteenth Court of Appeals affirmed his convictions. *Warden v. State*, No. 13-09-00116-CR (Tex. App.— Corpus Christi–Edinburg Sept. 16, 2010)(not designated for publication).

Applicant contends that his trial and appellate counsel rendered ineffective assistance. On March 22, 2017, we denied this application based on the trial court's findings after a hearing.

Subsequently, Applicant filed a request to reconsider, on our own motion, our ruling and requested, among other things, time to file objections to the trial court's findings and time for this Court to review all of the exhibits; specifically, State's Exhibit 29. Therefore, we reconsidered the original disposition, and held this application, allowing the Court time to review the complete record.

On May 18, 2018, this Court received State's Exhibit 29. After reviewing the entire record, including State's Exhibit 29, we are not persuaded that Applicant is entitled to relief, nor do we conclude that the exhibit contradicts any of the habeas court's findings of fact. Therefore, we grant Applicant's motion, reconsider the original disposition, and deny this application, based on the trial court's findings, after a hearing.

Filed: June 20, 2018
Do not publish